AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Abdul Khabir Wahid,<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.   CR-17-360-PHX-JJT |

MAR 17 2017

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    ABDUL KHABIR WAHID
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18:1001(a)(2) - False Statements

18:1515(b)(3) - Witness Tampering

Date:  03/14/2017                                      _____
                                                        *Issuing officer's signature*

City and state:     Phoenix, Arizona               M. Pruneau, Deputy Clerk
                                                        *Printed name and title*

---

### Return

This warrant was received on *(date)* 03/14/2017 , and the person was arrested on *(date)* 03/15/2017
at *(city and state)* Phoenix, AZ

Date:  03/15/2017                                      _____
                                                        *Arresting officer's signature*

                                                        FBI
                                                        *Printed name and title*