COURTS COPY

Abdulkhabir Wahid [72409408]
CAFC- West
P.O. Box 6300
Florence, Arizona 85132

☒ FILED        ___ LODGED
___ RECEIVED   ___ COPY

MAR 04 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

①

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES
Plaintiff

Vs.

JUDGE : John J. Tuchi
Case No. 2:17-cr-360-JJT

Abdulkhabir Wahid
Defendant

## LETTER CONCERNING FACTS FOR
## TAMPERING WITH A WITNESS

Comes Now Abdulkhabir Wahid In Rerum Natura and making a Special appearance without counsel.

This letter contains information that I should've testified on the witness stand however for what ever reasons I neglected to do so.

[TURN OVER]

②

This letter is to prove with facts that I did not intentially delude or persuade Ali Soofi to lie to F.B.I. officials

Fact 1.

In Ali Soofi and I recorded phone conversation I stated to him that "he didn't know anything" what I meant by that statement was referring to the Garland, Texas attack meaning just as I was unaware that Elton Simpson and Nadir Soofi planned such a attack, I also assumed that Ali Soofi was unaware of such an attack as well.

I was in no way shape or form referring to the conversations that contained information that Ali Soofi conveyed to the F.B.I about the private conversations that Ali Soofi had with Elton Simpson and Nadir Soofi in Nadir Soofis' apartment.

Because I was not aware or privy to such conversations nor was I present when these conversations took place between Ali Soofi, Nadir Soofi and Elton Simpson in Nadir Soofis apartment, nor did Ali Soofi ever mention to me about the private conversations that he had with Elton Simpson and Nadir Soofi in person or in any of our recorded phone conversations.

/ Next page/

<u>Courts copy</u>

③

[These private conversations were conversations that Ali Soofi had with Elton Simpson and Nadir Soofi where they shared their islamic "extremist" views ~~or~~ and how they wanted to extinguish the non believers. These conversations are the information that Ali Soofi shared and explained to the F.B. I ]

<u>Fact 2</u>

Never once did the prosecution ask me was I aware about the information that Ali Soofi had conveyed to the F.B.I official concerning his private conversations with Elton Simpson and Nadir Soofi in Nadir Soofis apartment. More important during open court while Ali Soofi was on the witness stand the prosecution never ask Ali Soofi did he mention the private conversations to me.

<u>Fact 3</u>

Therefore how could I intentionally delude or persuade Ali Soofi to lie about information (meaning private conversations) I was not even aware of.

<u>Fact 4</u> .. Still the prosecution used those conversations to accuse me of the charge of hindering communication of information of a crime to law enforcement officials when in actuality the prosecution "presumed" that I persuaded Ali Soofi to lie about the private conversations that took place at Nadirs Soofi residence.

(Please turn over)

Courts Copy                                    ④

Once more I reiterate the prosecution presumed that I persuaded Ali Soofi to, Corrections I tried to persuade Ali Soofi to lie about the private conversations that took place at Nadir Soofis' residence, there is no actual evidence or proof that I did such only presumptions.

As far as telling Ali Soofi to lie about seeing guns I was very honest and admitted that yes I did tell him he didn't see any guns that is because I had only been to Nadirs apartment twice and some time had past at least a few months from the last time I had been at Nadirs apartment till the time Ali and I had that phone conversation so naturally, I forgot that he did see guns however I assumed he didn't due to not remembering.

Facts
If I wanted to lie about seeing guns then why would I tell the truth to a F.B.I official in a recorded conversation that Elton Simpson had shown me a gun.

Also for the last time there is no reason at all for me to lie about how many times we watched videos or how many times I been over Nadirs Soofi apartment because there was no illegal activity going on.

Court's Copy

⑤

The only reason why I spoke with Ali Soofi about watching videos and how many times I had been over Nadirs apartment because in our conversation it seemed to me that Ali Soofi was not in agreement ~~as to how~~ with me ~~many times I ha~~ as to how many times I had been at Nadirs and my intuition was alert so I needed him to understand if he's going to talk to the F.B.I I really had no problem with that because in all fairness I was hiding nothing Just as long as he told the truth and not lie.

However he did not tell the truth instead he lied about how many times I've been to Nadirs apartment and the Prosecution helped him by asking him leading questions like "how many times was I over Nadirs apartment was it once, twice or three times a week"

Ali Soofi lied about how many times I had been coming over Nadirs apartment and how long.

It is not true that I had been coming over Nadirs apartment for over a year 3 times a week.

The prosecution says Ali Soofi has no reason to lie and true he didn't however he did lie, my only reason why he did lie was because he was angry ~~because~~ and bitter because his brother was Killed he blamed it on Islam and any muslim he Knew that was around his brother

(Turn over)

<u>COURTS COPY</u>                                               ⑥

and since he wasn't sure who was at fault any muslim he knew who was around his brother would have to pay the consequences and have their head served to the authorities via his testimony. Ali Soofi did in fact embellish the truth.

Please forgive me if I may be so frank and I mean no disrespect to this court, but I don't feel that its just or fair that Ali Soofi is believed and credible simply because he is a witness for the government and because I am the defendant automatically I am a liar.

With that said I am sincerely telling this court the truth I never ever intentionally meant to try and mislead Ali Soofi I truly believed I was trying to help him on how to deal with the F.B.I because intially it was he who sought me out via telephone not the other way around. So I assumed he was terrified.

I know that bringing this information to the fore really doesn't matter at this point seeing I am already incarcerated.

However it simply gives me peace of mind by exposing the truth of what really happen in this matter and that it has been recorded.
                 Thankyou, Sincerely for reading this Judge Tuchi

Autographed By   Abdulkhaliss 3Wahid

TRACKED INSURED

PRIORITY MAIL

FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT*

U.S POSTAGE>>PITNEY BOWES
ZIP 85132  $ 008.55⁰
02 4W
0000360927 MAR 03 2021

From: AbdulKhabir Wahid (72409408)
CAFCC - West
P.O. Box 6300
Florence, Arizona 85132

To: United States District Court
401 W. Washington Street
Phoenix, Arizona 85003

RECEIVED
MAR 04 2021
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES POSTAL SERVICE

USPS TRACKING #

9114 9022 0078 9327 3162 77

Padded Flat Rate Envelope
EP14PE July 2013
ID: 9.5 x 12.5

Label 400 Jan. 2013
7690-16-000-7948

PS00001000016

* Domestic only.
× For international shipments, the maximum weight is 4 lbs.